UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UiPath, Inc.,<br><br>                    Petitioner,<br><br>v.<br><br>Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech.<br><br>                    Respondent. | Case No.<br><br>NOTICE OF PETITION TO CONFIRM <u>ARBITRATION AWARD</u> |

    PLEASE TAKE NOTICE that upon the attached Petition to Confirm Arbitration Award, the Declaration of Vincent Filardo, Jr., Esq. and its accompanying exhibits, and the Memorandum of Law in Support of Petition to Confirm Arbitration Award, Petitioner UiPath, Inc. ("UiPath" or "Petitioner"), by and through its attorneys, King & Wood Mallesons LLP, hereby petitions this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an order and judgment pursuant to Title 9, Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, confirming and entering judgment on the final arbitration award rendered in the arbitration captioned *UiPath, Inc. v. Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech.*, IDCR Case No. 01-20-0015-6666, and granting any and all other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that opposing papers, if any, must be served upon the undersigned fourteen (14) days from service hereof.

DATED: August 18, 2023
New York, New York

Respectfully submitted,

**KING & WOOD MALLESONS LLP**

By: _____

Vincent Filardo, Jr.
Robert A. Whitman
500 Fifth Avenue, 50th Floor
New York, NY 10110
(212) 319-4755

*Attorneys for Petitioner UiPath, Inc.*