

500 Fifth Avenue
50th Floor
New York, New York 10110

T +1 212 319 4755

www.kwm.com

December 19, 2023

<u>Via ECF</u>

Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    ***UiPath, Inc. v. Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech.*,**
            **Case No. 1:23-cv-07835-LGS**

Dear Judge Schofield:

      We write on behalf of Petitioner UiPath, Inc. ("Petitioner" or "UiPath") pursuant to Your Honor's order dated December 12, 2023 (ECF No. 8) ("Order").  As provided in the Order, Petitioner may renew its Motion for Alternative Service <u>or</u> file a letter with Your Honor with evidence demonstrating that "Respondent's U.S. counsel is located in the United States ***or can be served in the United States via the Arnold & Porter San Francisco office***."  *See* ECF No. 8 at 6 (emphasis added).

      On December 18, 2023, Petitioner served Respondent Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech. ("Respondent"), by causing copies of the case initiating documents to be delivered to the San Francisco offices of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter").  The documents were personally delivered to an Arnold & Porter representative authorized to accept service.  A true and correct copy of the Proof of Service is attached hereto as **<u>Exhibit A</u>**.  Arnold & Porter and Mr. Anton Ware, Esq. were counsel of record in the New York County seated arbitration between UiPath and Respondent.  The Petition in this action seeks to confirm the Award issued in that arbitration.

      In light of the foregoing, Petitioner respectfully renews its Motion for Alternate Service and requests that the Court enter an order providing that service on Respondent was completed on December 18, 2023, and that Respondent shall file a response to the Petition, if any, within 21 days of December 18, 2023.

Petitioner's motion is **DENIED** without prejudice to renewal.  The December 12, 2023, Order directed Petitioner to provide evidence demonstrating that Respondent's former counsel can be served via the Arnold & Porter San Francisco office.  Petitioner only provided evidence that it served the documents on Arnold & Porter's San Fransisco office.  Petitioner may renew its motion by **January 18, 2024,** with an affidavit of service or evidence from Arnold & Porter demonstrating that Arnold & Porter's San Francisco office can accept service on behalf of Respondent's former counsel.

Respectfully,

*/s/ Vincent Filardo, Jr.*
Vincent Filardo, Jr.

Dated: January 4, 2024
New York, New York

L<small>ORNA</small> G. S<small>CHOFIELD</small>
U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

1