

500 Fifth Avenue
50th Floor
New York, New York 10110

T +1 212 319 4755

www.kwm.com

February 12, 2024

Via ECF

Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *UiPath, Inc. v. Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech.*,
            **Case No. 1:23-cv-07835-LGS**

Dear Judge Schofield:

      We write on behalf of Petitioner UiPath, Inc. ("Petitioner" or "UiPath") pursuant to Your Honor's memorandum endorsement and order ("Order") dated January 18, 2024, setting forth a briefing schedule for Petitioner's motion to confirm arbitration award.  *See* ECF No. 14.

      Petitioner hereby confirms that it will rely on the Petition to Confirm Arbitration Award filed with the Court on September 5, 2023 ("Petition," ECF No. 1) as its motion to confirm arbitration award.  For the Court's reference, Petitioner attaches hereto the motion papers[1], including: (i) a Notice of Petition (ECF No. 1-1); (ii) Petition to Confirm Arbitration Award (ECF No. 1); (iii) Memorandum of Law in Support of Petition to Confirm Arbitration Award; (iv) Declaration of Vincent Filardo, Jr., Esq. in Support of the Petition; (v) Ex. A (Redacted Partial Awards on the Merits) (ECF No. 1-2); (vi) Ex. B (Redacted Final Award) (ECF No. 1-3); and (vii) Ex. C (Partial Final Award on Scope) (ECF No. 1-4).

      The aforementioned motion papers, along with unredacted copies of the Exhibits and other case initiating documents, were served on Respondent Shanghai Yunkuo Information Technology Co. Ltd. d/b/a ENCOO Tech. ("Respondent" or "ENCOO") on December 18, 2023, via its former U.S. counsel Anton Ware, Esq., by personally delivering copies of the same to the San Francisco offices of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter").  *See* ECF Nos. 9-12.

      On January 22, 2024, Petitioner also caused a copy of Your Honor's Order to be served on Respondent's former counsel Mr. Ware at the same address of Arnold & Porter.  *See* ECF No. 15.

---

[1] Pursuant to ECF Rule 14.2, these case initiating documents were filed both in paper form and electronically by emailing copies to the Court at: caseopenings@nysd.uscourts.gov on September 5, 2023.



500 Fifth Avenue
50th Floor
New York, New York 10110

**T** +1 212 319 4755

**www.kwm.com**

 

Respectfully,

*/s/ Vincent Filardo, Jr.*
Vincent Filardo, Jr.