UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UiPath, Inc., <br><br> Petitioner, <br><br> v. <br><br> Shanghai Yunkuo Information Technology Co., Ltd., dba ENCOO Tech. <br><br> Respondent. | Case No. 1:23-cv-07835-LGS <br><br> [PROPOSED] JUDGMENT |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated June 4, 2024, Petitioner UiPath, Inc.'s Petition to Confirm Arbitration Award is GRANTED.  Judgment is entered for and in favor of Petitioner and against Respondent in the amount of $71,692,756.43.  Post-award (pre-judgment) interest will accrue at the rate of 9% and post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961.

It is further **ORDERED, ADJUDGED AND DECREED:** That pursuant to the Arbitration Award and for the reasons stated in the Court's Opinion and Order dated June 4, 2024, (i) Respondent has breached its obligations under the Settlement Agreement and violated New York and federal law; (ii) Respondent is hereby enjoined from further using, disclosing, or exploiting Petitioner's trade secrets; (iii) Respondent is hereby ordered to remove all similarities between its products' codes and Petitioner's Source Code; (iv) Respondent is further ordered to make available to Petitioner, upon 30 days' notice by Petitioner, its source code for all its RPA software products for review by a third-party reviewer twice a year for the next five years.

The Clerk of Court is respectfully directed to close this case.

Dated: June 10, 2024
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**